UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 01319
   RICHARD T SEFL
   MARIANNE B SEFL                          CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4438    SSN XXX-XX-3258
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/26/2007 and was confirmed 05/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

     The case was paid in full 03/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| IRWIN HOME EQUITY | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 9459.14 | .00 | 2932.33 |
| ARROW MEDICAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 9343.10 | .00 | 2896.36 |
| ECAST SETTLEMENT CORP | UNSECURED | 18246.22 | .00 | 5656.33 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 8092.00 | .00 | 2508.52 |
| BARCLAYS BANK DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| BUSINESS SERVICE BUREAU | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 25783.43 | .00 | 7992.86 |
| ECAST SETTLEMENT CORP | UNSECURED | 25513.16 | .00 | 7909.08 |
| ECAST SETTLEMENT CORP | UNSECURED | 10820.67 | .00 | 3354.41 |
| B-REAL LLC | UNSECURED | 9488.62 | .00 | 2941.47 |
| ECAST SETTLEMENT CORP | UNSECURED | 5892.09 | .00 | 1826.55 |
| ECAST SETTLEMENT CORP | UNSECURED | 4295.54 | .00 | 1331.62 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 14897.97 | .00 | 4618.37 |
| MBNA AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 4255.63 | .00 | 1319.25 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,000.00 | | 2,000.00 |
| TOM VAUGHN | TRUSTEE | | | 3,957.22 |
| DEBTOR REFUND | REFUND | | | 503.33 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 51,747.70 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 45,287.15 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 01319 RICHARD T SEFL & MARIANNE B SEFL

```
ADMINISTRATIVE                                       2,000.00
TRUSTEE COMPENSATION                                 3,957.22
DEBTOR REFUND                                          503.33
                         ---------------   ---------------
TOTALS                      51,747.70         51,747.70
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
     Dated: 06/26/08        _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE









                    PAGE  2
     CASE NO. 07 B 01319 RICHARD T SEFL & MARIANNE B SEFL